**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL LEE BAILEY,
PLAINTIFF
ADC #71207

VS.                          CASE NO. 5:08CV00205 SWW

MIKE BROCKMAN, et al.
DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 14th day of October, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE